DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-cr-290-GMN |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING** |
| vs. | **(First Request)** |
| ELVIS MANUEL RUVALCABA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL G. BOGDEN, United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney, counsel for the United States of America, and HEIDI OJEDA, counsel for Defendant ELVIS MANUEL RUVALCABA, that the Hearing currently scheduled on February 17, 2017 at 11:30 a.m. be vacated and be continued for 14 days.

This Stipulation is entered into for the following reasons:

1. AUSA Roohani is unavailable during the currently scheduled date due to medical appointments.

2. Defense Counsel needs additional time to go over the petition and possible resolutions with the client.

1

3. The defendant is incarcerated.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States, §§ 3161(h)(7)(B)(i), 3161(h)(7)(B)(iv) and 3161(h)(1)(D).

8. This is the first requested continuance of the hearing.

DATED this 16th day of February 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//s//  
HEIDI OJEDA, ESQ.  
Counsel for Defendant  
ELVIS MANUEL RUVALCABA

//s//  
ELHAM ROOHANI  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELVIS MANUEL RUVALCABA,<br><br>Defendant. | Case No: 2:12-cr-290-GMN<br><br><br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. AUSA Roohani is unavailable during the currently scheduled date due to medical appointments.
2. Defense Counsel needs additional time to go over the petition and possible resolutions with the client.
3. The defendant is incarcerated.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States, §§ 3161(h)(7)(B)(i), 3161(h)(7)(B)(iv) and 3161(h)(1)(D).

8. This is the first requested continuance of the hearing.

THEREFORE, IT IS HEREBY ORDERED that the hearing in the above-captioned matter be vacated and continued to March 3, 2017 at 11:30 a.m. in Courtroom 7C.

DATED this __16__ day of February, 2017.

_____
HONORABLE GLORIA M. NAVARRO
Chief United States District Court Judge

4